IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARY PETE,

    Plaintiff,

vs.                                                  No. 1:12-cv-01233 CG-WDS

GEICO INDEMNITY COMPANY,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

THIS MATTER came before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the dates designated in the Court's Scheduling Order.

 

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE